## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CREDENDO-SHORT-TERM
NON-EU RISKS

      Plaintiff,

v.

LOUIS ARRIOLA; WIZTEL USA, INC., a
Nevada corporation; JOSIAS MALLEN;
HANSEL HERNANDEZ; TELCO
SOLUTIONS, LLC, a Colorado limited
liability company; OSMAR SEPULVEDA;
TELCO ENTERPRISE, INC., a Florida
corporation; TRISTAN NAPOLEON
DESECHENES MARTINEZ; VOISTER
TELECOM, INC., a Florida corporation; and
JOSE ARISMENDI SANTANA,

      Defendants.

Case No. 1:23-cv-24258

## PLAINTIFF'S DECLARATION OF INDEBTEDNESS

I, Karin Deesen, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     Credendo-Short-Term Non-EU Risks ("Plaintiff" or "Credendo") is a quasi-governmental insurance company headquartered in Belgium that provides credit insurance to companies in Italy through its branch office in Milan, among other products and services.

2.     I am Deputy General Manager / Head of Legal and Claims Management at Credendo. I am member of the Executive Committee and Board of Directors. I am more specifically responsible for Legal and Claims. I joined Credendo (Office National Du Ducroire at the time) in 1992 as Legal Counsel. I developed my career and gained a lot of experience

predominantly in legal and claims matters. I had the opportunity to evolve in management functions within Credendo. I hold a master's degree in law from the Université Libe de Bruxelles.

3.      I submit this declaration in support of Plaintiff's Motion for Final Default Judgment. Unless otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge and my review of Credendo's records, including but not limited to invoices, agreements, and accounting documents.

4.      Plaintiff provided credit insurance to Golem.com Srl ("Golem"), a company based in Milan, Italy, that offers wholesale voice services, including prepaid cards, voice-over-internet-phone services, and mobile services that allow its customers to route portions of their voice traffic to various destinations around the world.

5.      As described in the First Amended Complaint, Defendants Arriola, Mallen, Hernandez, Sepulveda, Desechenes, and Santana (the "Individual Defendants") seem to have orchestrated a scheme whereby they misrepresented and/or misappropriated the corporate identities of Defendants Telco Solutions, Telco Enterprise, and Voister (the "Telecom Defendants") to enter into certain agreements with Golem for traffic routing services.

6.      Under these agreements, Golem would provide ongoing services to the Telecom Defendants, which would make payment to Golem as services were used.

7.      Defendants induced Golem to enter into said agreements, not only by misrepresenting themselves to be officers and representatives of legitimate companies (they were not), but also by providing falsified financial statements for each of the Telecom Defendants.

8.      Each of the Telecom Defendants made initial payments to Golem through their respective escrow accounts at DealDefenders, LLC—a secure escrow service for the

telecommunications industry—which allowed payments to be made without revealing the ultimate source of the funds.

9.      After making several payments, Defendants Telco Solutions, Telco Enterprise, and Voister received VOIP minutes from Golem under misrepresented pretenses, but failed to pay for said minutes, causing damages to Golem as follows:

***Telco Solutions***

10.     Defendant Telco Solutions was formed on January 10, 2019, under the laws of Colorado and bears the same name as an unrelated, legitimate telecommunications company organized in 2006 in Arizona (the "Original Telco Solutions").

11.     After forming Defendant Telco Solutions, an Individual Defendant purporting to be Bruce Salzman sought to open an escrow account at DealDefenders on behalf of Defendant Telco Solutions. The subject line of the initial correspondence to DealDefenders was "Louis Arriola Referred me" and, the body of the e-mail stated: "[a]s far as ba[n]king i will be opening the account next week Louis tells me that should not be a problem." ECF No. 22-1 at 39.

12.     On May 22, 2019, the Individual Defendants misrepresented themselves as Amy Hass, the CEO of the Original Telco Solutions, and entered into an agreement with Golem on behalf of the Original Telco Solutions (the "Telco Solutions Agreement").

13.     In furtherance of the Telco Solutions Agreement, an Individual Defendant purporting to represent the Original Telco Solutions provided Golem with false financial statements of the Original Telco Solutions.

14.     Under the Telco Solutions Agreement, although the purchasing party is identified as the Original Telco Solutions, the Agreement states that payments are to be made to Defendant Telco Solutions's escrow account at DealDefenders.

15.     Thus, the Individual Defendants induced Golem to enter into the Telco Solutions Agreement by misrepresenting their true identities and with the purpose of defrauding Golem.

16.     Even though Defendant Telco Solutions was not a party to the Telco Solutions Agreement, Defendant Telco Solutions received products and services from Golem, and used its DealDefenders escrow account to transfer over EUR 1.8 million to Golem.

17.     Defendant Telco Solutions received additional products and services from Golem by fraudulent means, totaling EUR 471,475.79. Golem's invoices to Telco Solutions, most of which remain unpaid, are attached as **Exhibit 1**.

18.     On September 23, 2021, Telco Solutions made a EUR 30,000 partial payment toward the unpaid invoices. Thus, Telco Solutions's outstanding balance is 441,475.79.

19.     Golem submitted an insurance claim to Plaintiff in the amount of the outstanding balance and Plaintiff indemnified Golem consistent with its insurance policy.

***Telco Enterprise***

20.     On or about Mar 12, 2019, the Individual Defendants reinstated Telco Enterprise, Inc.—a Florida corporation that had been administratively dissolved in January 2016.

21.     On August 29, 2019, Desechenes sought to open an escrow account at DealDefenders for Telco Enterprise. In the initial correspondence to DealDefenders, Desechenes or an Individual Defendant purporting to be Desechenes stated: ". . . I am the chairman of Telco Enterprise Inc. Louis [Arriola] has requested I move my business to your platform. We do not currently have a bank account open per say . . . In the mean time I would really appreciate if you could open the telfinance account so we can start trading with LDI [Networks]." ECF No. 22-1 at 36.

22.     On October 24, 2019, Desechenes in concert with and at the direction of the Individual Defendants misrepresented himself as Brandon Soto and entered into an agreement on behalf of Defendant Telco Enterprise with Golem to receive products and telecommunications services (the "Telco Enterprise Agreement").

23.     There is no evidence that Desechenes or Soto were officers, representatives, directors, or otherwise authorized to act on behalf of Defendant Telco Enterprise.

24.     According to the Telco Enterprise Agreement, payments were to be made to Telco Enterprise at its Teleescrow account. Teleescrow (similar to DealDefenders) was a third-party escrow agent that was controlled by Defendant Desechenes and which the Silver Birch Receiver described as as "a sham" that was an "essential part" of a scheme to defraud lenders in a separate, but seemingly related fraudulent scheme. ECF No. 22-1 at 69-74 (Brief in Support of Receiver's Motion, *Crestmark v. Silver Birch Systems LLC, et. al.*, Case No. 22-cv-1002 (E.D. Mich.)).

25.     During the year 2020, Telco Enterprise paid over EUR 1.75 million to Golem from its DealDefenders account.

26.     Subsequently, Defendant Telco Enterprise received additional products and services from Golem totaling EUR 516,160.46, for which Telco Enterprise did not pay. Golem's invoices to Telco Enterprise, most of which remain unpaid, are attached as **Exhibit 2**.

27.     On February 1, 2022, Telco Enterprise made a USD 10,836.35 (EUR 9,570.20) partial payment toward the unpaid invoices. Thus, the Telco Enterprise's outstanding balance is EUR 506,590.26.

28.     Golem submitted an insurance claim to Credendo based on the aforementioned unpaid invoices, and Credendo indemnified Golem consistent with its insurance policy.

*Voister*

29.     On May 14, 2019, Defendant Santana caused Defendant Voister to be fraudulently reinstated after Voister had been administratively dissolved in 2015.

30.     On August 27, 2019, Santana sought to open an escrow account at DealDefenders on behalf of Defendant Voister. The initial correspondence (which had the subject line "Referred by Louis Arriola") stated "Dear Jeff. I am a friend of Louis Arriola, I will now be joining your platform for trading at his request. Here is all the company papers we use. . . I will go open a new [bank account] tomorrow for the business." ECF No. 22-1 at 42.

31.     Defendant Santana did not actually own Defendant Voister, but simply stole or otherwise misappropriated its corporate identity to use Defendant Voister in the scheme to defraud Golem.

32.     Indeed, in early 2021, Defendant Voister's original Vice-President, Laura Villegas, confirmed via telephone that she and her cousin, Arturo Malave, closed the company in prior years, were no longer involved with Voister, and did not know who Santana was.

33.     On or about October 24, 2019, Santana executed an agreement with Golem on behalf of Defendant Voister (the "Voister Agreement"). Under the Voister Agreement, any payment to Voister would be made to its account at Teleescrow, a sham escrow agent controlled by Defendant Desechenes. *See supra* at ¶ 23.

34.     Defendant Voister received products and services from Golem, but defaulted on its payment obligations to Golem totaling EUR 500,650.21. Golem's invoices to Voister, most of which remain unpaid, are attached as **<u>Exhibit 3</u>**.

35.     On September 23, 2021, Voister made a EUR 27,000.00 partial payment toward the unpaid invoices. Thus, Voister's outstanding balance is EUR 473,650.21.

36.     Golem submitted an insurance claim to Plaintiff, and Plaintiff indemnified Golem consistent with its insurance policy.

***Damages***

37.     In January 2021, Golem submitted an insurance claim to Plaintiff seeking indemnification from its losses from each of the Telecom Defendants based on the Telecom Defendants' near-simultaneous default on their payment obligations to Golem.

38.     After an investigation, Plaintiff indemnified Golem for a total of EUR 1,421,716.26 with respect to the claims relating to Defendants Telco Solutions, Telco Enterprise, and Voister consistent with each applicable insurance policy, and therefore suffered damages in that amount.

39.     Under Article 18 of Credendo's General Terms, which govern its relationship with Golem, Plaintiff, as the insurer, "shall have the right to be subrogated in all rights and actions of the beneficiary of the insurance [Golem], with regard to the transaction, and to the extent of its effective intervention."

40.     Golem's right to payment from Defendants has been subrogated to Plaintiff and is the basis for Plaintiff's standing to bring the underlying lawsuit.

41.     Hence, Plaintiff Credendo-Short-Term Non-EU Risks respectfully requests the Court enter a final default judgment in its favor and against all Defendants, jointly and severally, in the principal amount EUR 1,421,716.26, (or USD 1,492,517.73, as converted to U.S. Dollars)[1] plus post-judgment interest accruing at the statutory rate.

---

[1]     According to the Federal Reserve, the EUR/USD exchange rate was 1 EUR/1.0498 USD for the week of December 13, 2024. Federal Reserve Board - Foreign Exchange Rates - H.10 - December 16, 2024

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 24, 2024

_____
Karin Deesen

# Exhibit 1

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Invoice Number: Invoice - 1474E/2020 | Invoice Period: 13/07/2020 - 19/07/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 20/07/2020 | Due Date: 11/09/2020 | Customer VAT/Reg num: 1759812 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 42,446 | 436,583.5 | 195,938.69 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banca Intesa
  Bank address: Piazzale Diaz, 20123 Milano - Italy
  Account nr: 1 0000 0009 958
  IBAN   IT94 W030 6909 4601 0000 0009 958
  SWIFT   BCITITMM

| Total for charges | 195,938.69 |
|---|---|
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 195,938.69 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 436,583.5 | 0.4488 | 195,938.69 |
| Total minutes | 436,583.5 | | 195,938.69 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Invoice Number: Invoice - 1597E/2020 | Invoice Period: 03/08/2020 - 09/08/2020 | Place: Milano (IT) |
|---|---|---|
| Date: 10/08/2020 | Due Date: 02/10/2020 | Customer VAT/Reg num: 1759812 |
| VOIP termination | | Golem.com VAT num: 04061510964 |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 24,763 | 257,907.6 | 115,748.92 |
| | | | |

Bank reference:
 Beneficiary: Golem.com S.r.l.
 Bank name: Banca Intesa
 Bank address: Piazzale Diaz, 20123 Milano - Italy
 Account nr: 1 0000 0009 958
 IBAN   IT94 W030 6909 4601 0000 0009 958
 SWIFT   BCITITMM

| Total for charges | 115,748.92 |
|---|---|
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 115,748.92 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 257,907.6 | 0.4488 | 115,748.92 |
| Total minutes | 257,907.6 | | 115,748.92 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Invoice Number: Invoice - 1678E/2020 | Invoice Period: 10/08/2020 - 16/08/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 17/08/2020 | Due Date: 09/10/2020 | Customer VAT/Reg num: 1759812 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 42,936 | 424,930.0 | 159,788.18 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banca Intesa
  Bank address: Piazzale Diaz, 20123 Milano - Italy
  Account nr: 1 0000 0009 958
  IBAN    IT94 W030 6909 4601 0000 0009 958
  SWIFT   BCITITMM

| Total for charges | 159,788.18 |
|---|---|
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 159,788.18 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**TELCO SOLUTIONS LLC**
9064 N Cerrito Vista Dr Scottsdale,
Arizona
AZ 85258 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 136,493.4 | 0.4488 | 61,258.24 |
| Gabon | 288,436.6 | 0.3416 | 98,529.94 |
| Total minutes | 424,930.0 | | 159,788.18 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

# Exhibit 2

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Invoice Number: Invoice - 1596E/2020 | Invoice Period: 03/08/2020 - 09/08/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 10/08/2020 | Due Date: 02/10/2020 | Customer VAT/Reg num: P15000061563 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 54,865 | 566,759.7 | 254,361.77 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN   IT03 N 05034 22900 0000 0000 2065
  SWIFT   BAPPIT21M88

| Total for charges | 254,361.77 |
|---|---|
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 254,361.77 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.



Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 566,759.7 | 0.4488 | 254,361.77 |
| Total minutes | 566,759.7 | | 254,361.77 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Invoice Number: Invoice - 1990E/2020 | Invoice Period: 28/09/2020 - 04/10/2020 | Place: Milano (IT) |
|---|---|---|
| Date: 05/10/2020 | Due Date: 27/11/2020 | Customer VAT/Reg num: P15000061563 |
| VOIP termination | | Golem.com VAT num: 04061510964 |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 26,946 | 263,742.8 | 118,367.78 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN    IT03 N 05034 22900 0000 0000 2065
  SWIFT   BAPPIT21M88

| | |
|---|---|
| Total for charges | 118,367.78 |
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 118,367.78 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 263,742.8 | 0.4488 | 118,367.78 |
| Total minutes | 263,742.8 | | 118,367.78 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Invoice Number: Invoice - 2086E/2020 | Invoice Period: 19/10/2020 - 25/10/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 26/10/2020 | Due Date: 18/12/2020 | Customer VAT/Reg num: P15000061563 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 29,425 | 302,941.7 | 135,960.25 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN    IT03 N 05034 22900 0000 0000 2065
  SWIFT   BAPPIT21M88

| | |
|---|---|
| Total for charges | 135,960.25 |
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 135,960.25 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.



Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 302,941.7 | 0.4488 | 135,960.25 |
| Total minutes | 302,941.7 | | 135,960.25 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Invoice Number: Invoice - 2199E/2020 | Invoice Period: 26/10/2020 - 01/11/2020 | Place: Milano (IT) |
|---|---|---|
| Date: 02/11/2020 | Due Date: 25/12/2020 | Customer VAT/Reg num: P15000061563 |
| VOIP termination | | Golem.com VAT num: 04061510964 |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 2,017 | 16,645.9 | 7,470.66 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN    IT03 N 05034 22900 0000 0000 2065
  SWIFT   BAPPIT21M88

| Total for charges | 7,470.66 |
|---|---|
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 7,470.66 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Telco Enterprise, Inc**
6501 Congress Avenue, Ste 100,
Boca Raton,
FL 33487 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 16,645.9 | 0.4488 | 7,470.66 |
| Total minutes | 16,645.9 | | 7,470.66 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

# Exhibit 3

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Invoice Number: Invoice - 1592E/2020 | Invoice Period: 27/07/2020 - 02/08/2020 | Place: Milano (IT) |
|---|---|---|
| Date: 03/08/2020 | Due Date: 25/09/2020 | Customer VAT/Reg num: P12000089329 |
| VOIP termination | | Golem.com VAT num: 04061510964 |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 51,082 | 526,874.4 | 236,461.25 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banca Intesa
  Bank address: Piazzale Diaz, 20123 Milano - Italy
  Account nr: 1 0000 0009 958
  IBAN    IT94 W030 6909 4601 0000 0009 958
  SWIFT   BCITITMM

| | |
|---|---|
| Total for charges | 236,461.25 |
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 236,461.25 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 526,874.4 | 0.4488 | 236,461.25 |
| Total minutes | 526,874.4 | | 236,461.25 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Invoice Number: Invoice - 2082E/2020 | Invoice Period: 12/10/2020 - 18/10/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 19/10/2020 | Due Date: 11/12/2020 | Customer VAT/Reg num: P12000089329 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 34,619 | 356,278.1 | 159,897.62 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN   IT03 N 05034 22900 0000 0000 2065
  SWIFT  BAPPIT21M88

| | |
|---|---|
| Total for charges | 159,897.62 |
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 159,897.62 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|-------------|---------|----------------|--------------|
| CHAD Mobile Millicom | 356,278.1 | 0.4488 | 159,897.62 |
| Total minutes | 356,278.1 | | 159,897.62 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Invoice Number: Invoice - 2085E/2020 | Invoice Period: 19/10/2020 - 25/10/2020 | | Place: Milano (IT) |
|---|---|---|---|
| Date: 26/10/2020 | Due Date: 18/12/2020 | Customer VAT/Reg num: P12000089329 | |
| VOIP termination | | Golem.com VAT num: 04061510964 | |

| Adjustment | Description | Amount | Total Amount |
|---|---|---|---|
| | | | 0.00 |

| Traffic Summary | Total Calls | Total Minutes | Amount (EUR) |
|---|---|---|---|
| | 22,450 | 232,378.2 | 104,291.34 |
| | | | |

Bank reference:
  Beneficiary: Golem.com S.r.l.
  Bank name: Banco BPM
  Bank address: via C. Cattaneo 56, 23900 Lecco - Italy
  Account nr: 0000 0000 2065
  IBAN   IT03 N 05034 22900 0000 0000 2065
  SWIFT  BAPPIT21M88

| | |
|---|---|
| Total for charges | 104,291.34 |
| VAT 0% (*IF=0) | 0.00 |
| Amount Due (EUR) | 104,291.34 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.

Golemcom S.r.l
Via Vincenzo Monti 2, 20123 Milano Italia
Tel. +390249535012
VAT num 04061510964
finance@golemcom.com

**Voister Telecom, Inc.**
1865 Brickell Ave. Suite A1508,
Miami
FL 33129 USA

| Description | Minutes | Rate (EUR/min) | Amount (EUR) |
|---|---|---|---|
| CHAD Mobile Millicom | 232,378.2 | 0.4488 | 104,291.34 |
| Total minutes | 232,378.2 | | 104,291.34 |

(*) Esclusa da iva ai sensi dell'art. 7ter del dpr 633/1972 e successive modificazioni.

(*) VAT excluded according to article 7ter DPR 633/1972 and further modifications.