# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CREDENDO-SHORT-TERM NON-EU RISKS<br><br>   Plaintiff,<br><br>v.<br><br>LOUIS ARRIOLA; WIZTEL USA, INC., a Nevada corporation; JOSIAS MALLEN; HANSEL HERNANDEZ; TELCO SOLUTIONS, LLC, a Colorado limited liability company; OSMAR SEPULVEDA; TELCO ENTERPRISE, INC., a Florida corporation; TRISTAN NAPOLEON DESECHENES MARTINEZ; VOISTER TELECOM, INC., a Florida corporation; and JOSE ARISMENDI SANTANA,<br><br>   Defendants. | Case No. 1:23-cv-24258 |

**DECLARATION OF CRISTINA VICENS BEARD IN SUPPORT OF**
**MOTION FOR FINAL DEFAULT JUDGMENT**

The undersigned, Cristina Vicens Beard, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am an attorney at Bluestone P.C. and represent Plaintiff Credendo-Short-Term Non-EU Risks ("Plaintiff").

2.  Unless otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge and my review of relevant documents as described below. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Complaint.

3.     I submit this declaration in support of Plaintiff's Motion for Final Default Judgment and, specifically, the request therein for an award of costs pursuant to Federal Rule of Civil Procedure 54(d).

4.     Plaintiff incurred the following costs in furtherance of prosecuting this action and obtaining a final default judgment:

| Date | Description | Amount | Support |
|------|-------------|--------|---------|
| Nov. 7, 2023 | Filing fee paid to the Southern District of Florida. | $402.00 | Exhibit A |
| Nov. 7, 2023 | Fee paid to the Southern District of Florida for issuance of summonses to all Defendants. | $200.00 | Exhibit B |
| Nov. 11, 2023 | Cost of service of Complaint and summons on Defendant Arriola. | $85.00 | Exhibit C |
| Nov. 11, 2023 | Cost of service of Complaint and summons on Defendant Salzman. | $85.00 | Exhibit D |
| Nov. 13, 2023 | Cost of service of Complaint and summons on Defendant Telco Solutions. | $85.00 | Exhibit E |
| Nov. 16, 2023 | Cost of service of Complaint and summons on Defendant Voister. | $85.00 | Exhibit F |
| Nov. 19, 2023 | Cost of service of Complaint and summons on Defendant Santana. | $85.00 | Exhibit G |
| Nov. 20, 2023 | Cost of service of Complaint and summons on Defendant Desechenes. | $85.00 | Exhibit H |
| Nov. 22, 2023 | Cost of service of Complaint and summons on Defendant Telco Solutions. | $85.00 | Exhibit I |
| Nov. 29, 2023 | Cost of service of Complaint and summons on Defendant Hernandez. | $115.00 | Exhibit J |
| Nov. 30, 2023 | Cost of service of Complaint and summons on Defendant Wiztel USA. | $85.00 | Exhibit K |
| Dec. 7, 2023 | Cost of service of Complaint and summons on Defendant Telco Enterprise. | $85.00 | Exhibit L |
| Dec. 8, 2023 | Cost of service of Complaint and summons on Defendant Mallen at two addresses. | $170.00 | Exhibit M |
| Dec. 10, 2023 | Cost of service of Complaint and summons on Defendant Sepulveda at two addresses. | $180.00 | Exhibit N |
| April 1, 2024 | Cost of translating Complaint, civil cover sheet, and summonses from English to Spanish for service of process in the Domincan Republic; and fees paid to Dominican Republic bailiff to attempt service of process on Defendants Mallen, Desechenes, and | $6,490.00 | Exhibit O |

2

| | Santana. The bailiff's fees included 6 service attempts at $500 each. The invoice is issued by Prieto Cabrera & Asociados SRL, the Dominican law firm that conducted the investigation and coordinated service attempts. | | |
|---|---|---|---|
| May 15, 2024 | Cost of translating Dominican Republic bailiff's affidavit of service of Complaint on Defendant Mallen, from Spanish to English for filing in response to Order to Show Cause. | $111.36 | Exhibit P |
| Sept. 11, 2024 | Cost of service of First Amended Complaint and summons on Defendant Voister. | $85.00 | Exhibit Q |
| Oct. 9, 2024 | Cost of obtaining certified translation of First Amended Complaint from English to Spanish for service in Dominican Republic. Fees paid to bailiff in Dominican Republic for service of First Amended Complaint on Defendant Mallen. Bailiff's fees include two attempts at $500 each. The invoice is issued by Prieto Cabrera & Asociados SRL, the Dominican law firm that conducted the investigation and coordinated service attempts. | $1,500.00 | Exhibit R |
| Nov. 4, 2024 | Cost of service of process by publication: publication of legal notice in the Miami Herald, once a week for 30 days pursuant to the Court's Order Granting Motion for Substitute and Alternate Service (ECF No. 25). | $1,756.00 | Exhibit S |
| Nov. 7, 2024 | Cost of attempting service of First Amended Complaint and summons on Defendant Arriola at four separate addresses and cost of conducting skip trace to identify Defendant Arriola's whereabouts for service of process. | $415.00 | Exhibit T |
| Nov. 26, 2024 | Cost of translating Dominican Republic bailiff's affidavit of service of First Amended Complaint on Defendant Mallen, from Spanish to English for filing in response to Order to Show Cause. | $75.00 | Exhibit U |
| Dec. 6, 2024 | Cost of mailing Request for Entry of Default, Clerk's Default, and Order on Final Default Judgment Procedures on all Defendants via U.S. Certified Mail, per Certificate of Service at ECF No. 40. | $108.49 | |
| **TOTAL** | | **$12,372.85** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 26, 2024, in Miami, Florida.

*Cristina Vicens Beard*

Cristina Vicens Beard, Esq.

# Exhibit A

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Cristina Vicens Beard |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |
| **Date:** | Tuesday, November 7, 2023 11:33:57 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6229639
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: AFLSDC-17054205
Approval Code: 138596
Card Number: ***********3021
Date/Time: 11/07/2023 11:33:29 ET

NOTE: This is an automated message. Please do not reply

# Exhibit B

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Cristina Vicens Beard |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |
| **Date:** | Tuesday, November 7, 2023 5:40:36 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6229639
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: AFLSDC-17056344
Approval Code: 119443
Card Number: ***********3021
Date/Time: 11/07/2023 05:40:16 ET

NOTE: This is an automated message. Please do not reply

# Exhibit C



# Invoice #352139

November 11, 2023

**PAID**

Client Billing Number: Louis Arriola
Servee: Louis Arriola
Servee Address: 6735 Colgate Ave, Los Angeles, CA 90048
Job Created By: Cristina Vicens

Defendant: Louis Arriola, et al.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 2<br>Successful: Yes<br>Served: November 9, 2023 | <u>398194</u> | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>.

# Exhibit D



# Invoice #352199

November 11, 2023

**PAID**

Client Billing Number:  Bruce Salzman
Servee: Bruce Salzman
Servee Address: 9831 NW 15th St, Plantation, FL 33322
Job Created By: Cristina Vicens

Defendant: Louis Arriola, et al.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

| | |
|---|---|
| **Bluestone, P.C.**<br>4800 Hampden Lane, Suite 200<br>Bethesda, Maryland 20814 | **Proof**<br>PO Box 661223<br>Dallas, Texas 75266-1223<br>Attn: ar@proofserve.com<br>720.724.8518 |

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: November 9, 2023 | <u>398186</u> | $85.00 | 1 | $85.00 |

| Total | $85.00 |
|---|---|
| **Paid** | **$85.00** |
| **Balance** | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>.

# Exhibit E

 **Proof**

# Invoice #353656

November 13, 2023

**PAID**

Client Billing Number: Telco Solutions
Servee: Telco Solutions, LLC
Servee Address: 6525 Gunpark Dr, Boulder, CO 80301
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA, ET AL
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: No | 398202 | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email AR@proofserve.com.

# Exhibit F



# Invoice #355510

November 16, 2023

PAID

Client Billing Number: Voister Telecom
Servee: Voister Telecom, Inc. via its registered agent
Servee Address: 7901 4th St N, STE 300, St. Petersburg, FL 33702
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA; WIZTEL USA, INC., a Nevada corporation; JOSIAS MALLEN; HANSEL HERNANDEZ; TELCO SOLUTIONS, LLC, a Colorado limited liability company; BRUCE SALZMAN; OSMAR SEPULVEDA; TELCO ENTERPRISE, INC., a Florida corporation; TRISTAN NAPOLEON DESECHENES MARTINEZ; VOISTER TELECOM, INC., a Florida corporation; and ARISMENDI SANTANA,
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| Standard Serve<br>Attempts Made: 1<br>Successful: Yes<br>Served: November 13, 2023 | 398239 | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email AR@proofserve.com

# Exhibit G



# Invoice #357552

November 19, 2023

**PAID**

Client Billing Number:  Arismendi Santana
Servee: Arismendi Santana
Servee Address: 1865 Brickell Ave, Suite A1508, Miami, FL 33129
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA, ET AL
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: No | <u>398182</u> | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>.

# Exhibit H



# Invoice #357920

November 20, 2023

**PAID**

Client Billing Number: Tristian Napoleon Desechenes Martinez
Servee: Tristan Napoleon Desechenes Martinez
Servee Address: 444 Brickell Ave, No. 51, Miami, FL 33131
Job Created By: Cristina Vicens

Defendant: Louis Arriola, et al.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

| Bluestone, P.C. | Proof |
|---|---|
| 4800 Hampden Lane, Suite 200 | PO Box 661223 |
| Bethesda, Maryland 20814 | Dallas, Texas 75266-1223 |
| | Attn: ar@proofserve.com |
| | 720.724.8518 |

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: No | 398236 | $85.00 | 1 | $85.00 |

| Total | **$85.00** |
|---|---|
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email AR@proofserve.com.

# Exhibit I



# Invoice #358291

November 22, 2023

**PAID**

Client Billing Number: Telco Solutions
Servee: Telco Solutions, LLC
Servee Address: 9831 NW 15th St, Plantation, FL 33322
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA, ET AL
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: Yes<br>Served: November 16, 2023 | 402246 | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email AR@proofserve.com.

# Exhibit J



# Invoice #361108

November 29, 2023

**PAID**

Client Billing Number: Hansel Hernandez
Servee: Hansel Hernandez
Servee Address: 131-11 Kew Gardens Rd, 40, Richmond Hill, NY 11418
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA; WIZTEL USA, INC., a Nevada corporation; JOSIAS MALLEN; HANSEL HERNANDEZ; TELCO SOLUTIONS, LLC, a Colorado limited liability company; BRUCE SALZMAN; OSMAR SEPULVEDA; TELCO ENTERPRISE, INC., a Florida corporation; TRISTAN NAPOLEON DESECHENES MARTINEZ; VOISTER TELECOM, INC., a Florida corporation; and ARISMENDI SANTANA
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

| | |
|---|---|
| **Bluestone, P.C.**<br>4800 Hampden Lane, Suite 200<br>Bethesda, Maryland 20814 | **Proof**<br>PO Box 661223<br>Dallas, Texas 75266-1223<br>Attn: ar@proofserve.com<br>720.724.8518 |

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Expedited Serve**<br>Attempts Made: 1<br>Successful: No | 403848 | $240.00 | 1 | $240.00 |
| **comp client**<br>comp client | 403848 | $-125.00 | 1 | $-125.00 |

| | |
|---|---|
| Total | **$115.00** |
| Paid | **$115.00** |
| Balance | **$0.00** |

# Exhibit K



# Invoice #361516

November 30, 2023

**PAID**

Client Billing Number: Wiztel USA, Inc.
Servee: Wiztel USA, Inc.
Servee Address: 700 Colorado Blvd, Denver, CO 80206
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA; WIZTEL USA, INC., a Nevada corporation; JOSIAS MALLEN; HANSEL HERNANDEZ; TELCO SOLUTIONS, LLC, a Colorado limited liability company; BRUCE SALZMAN; OSMAR SEPULVEDA; TELCO ENTERPRISE, INC., a Florida corporation; TRISTAN NAPOLEON DESECHENES MARTINEZ; VOISTER TELECOM, INC., a Florida corporation; and ARISMENDI SANTANA
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| Standard Serve<br>Attempts Made: 1<br>Successful: No | <u>398242</u> | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>

# Exhibit L



# Invoice #364144

December 07, 2023

**PAID**

Client Billing Number: Telco Enterprise Summons
Servee: Telco Enterprise, Inc.
Servee Address: 6501 Congress Ave, Suite 100, Boca Raton, FL 33487
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA, ET AL.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 1<br>Successful: No | <u>398228</u> | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>.

# Exhibit M



# Invoice #364966

December 08, 2023

PAID

Client Billing Number: Josias Mallen
Servee: Josias Mallen
Servee Address: 13811 SW 149th Cir Ln, Suite 3, Miami, FL 33186
Job Created By: Cristina Vicens

Defendant: Louis Arriola, et al.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 2<br>Successful: No | 398193 | $85.00 | 1 | $85.00 |
| **Additional Address**<br>For attempt at 13811 SW 149th Cir Ln Suite 3 Miami FL 33186 | 398193 | $85.00 | 1 | $85.00 |



| Total | $170.00 |
|-------|---------|
| Paid | $170.00 |
| Balance | $0.00 |

For questions or issues, please email AR@proofserve.com.

# Exhibit N

 **Proof**

# Invoice #366217

December 10, 2023

**PAID**

Client Billing Number: Osmar Sepulveda
Servee: Osmar Sepulveda
Servee Address: 621 Milton Ave, apt 2, Lyndhurst, NJ 07071
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA; WIZTEL USA, INC., a Nevada corporation; JOSIAS MALLEN; HANSEL HERNANDEZ; TELCO SOLUTIONS, LLC, a Colorado limited liability company; BRUCE SALZMAN; OSMAR SEPULVEDA; TELCO ENTERPRISE, INC., a Florida corporation; TRISTAN NAPOLEON DESECHENES MARTINEZ; VOISTER TELECOM, INC., a Florida corporation; and ARISMENDI SANTANA,
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 2<br>Successful: No | 398195 | $90.00 | 1 | $90.00 |
| **Additional Address**<br>For attempt at 69 Cathay Rd  Clifton NJ 07013 | 398195 | $90.00 | 1 | $90.00 |

| | |
|---|---|
| Total | **$180.00** |
| Paid | **$180.00** |
| Balance | **$0.00** |

# Exhibit O

# Prieto Cabrera & Asociados SRL

Haim Lopez Penha No. 19, Paraiso
Santo Domingo, Dominican Republic
Tel: 809-541-1444
contabilidad@prietocabrera.com

# INVOICE

**TAX ID:** 13-1262872
**INVOICE DATE:** 4/1/2024
**INVOICE NO:** 2024-1022

M. Zachary Bluestone, Esq.
Cristina Vicens Beard, Esq.
**Bluestone, P.C.**
Washington, D.C.
United States of America

## 1077 - Investigation in DR

Managed By: Aimee Prieto

**PROFESSIONAL SERVICES**

| ACTIVITY | AMOUNT |
|---|---|
| Certified translation of the Complaint filed in the U.S. District Court of the Southern District of Florida on 11/07/2023, the notice of filing civil cover sheet on each defendant and the summons in the civil action No. 1:23-cv-24258. | $2,500.00 |
| Bailiff service of notice to three individuals, inclusive of two attempts per individual. | $3,000.00 |
| **TOTAL SERVICES** | **$5,500.00** |

| | |
|---|---|
| **SUBTOTAL** | **$5,500.00** |
| **SALES TAX** | **$990.00** |
| **AMOUNT DUE THIS INVOICE USD** | **$6,490.00** |

This invoice is due upon receipt

# Exhibit P

**Lexico Translations LLC.**

6770 Royal Palm Dr
Palmetto Bay, FL  33157 US
210.725.6642
gabyvasallo@gmail.com



# INVOICE

BILL TO
Cristina Vicens
Bluestone P.C.
52 Duane Street, 7th Floor
New York, NY  10007
United States

| | | |
|---|---|---|
| INVOICE | | GAVA303 |
| DATE | | 05/15/2024 |
| TERMS | | Net 30 |
| DUE DATE | | 06/14/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Translation | Translation from SP to EN of Notificacion de Demanda Extranjera a Persona | 928 | 0.12 | 111.36 |

BALANCE DUE **$111.36**

# Exhibit Q

 **Proof**

# Invoice #563945

September 11, 2024

PAID

Client Billing Number: Credendo/Golem
Servee: Voister Telecom, Inc.
Servee Address: 7901 4th Street North, St. Petersburg, FL 33702
Job Created By: Cristina Vicens

Defendant: LOUIS ARRIOLA, et al.
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

**Bluestone, P.C.**
4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|------|-----|-------|-----|-------|
| **Standard Serve**<br>7901 4th Street North, St. Petersburg, FL 33702 | <u>658938</u> | $85.00 | 1 | $85.00 |



| | |
|---|---|
| Total | **$85.00** |
| Paid | **$85.00** |
| Balance | **$0.00** |

For questions or issues, please email <u>AR@proofserve.com</u>.

# Exhibit R

# Prieto Cabrera & Asociados SRL

Haim Lopez Penha No. 19, Paraiso
Santo Domingo, Dominican Republic
Tel: 809-541-1444
contabilidad@prietocabrera.com

# INVOICE

**TAX ID:** 13-1262872
**INVOICE DATE:** 10/9/2024
**INVOICE NO:** 2024-1056
**BILLING THROUGH:** 10/9/2024

M. Zachary Bluestone, Esq.
Cristina Vicens Beard, Esq.
**Bluestone, P.C.**
Washington, DC
United States

## 1089 - Service of notice

Managed By: Aimee Prieto

**PROFESSIONAL SERVICES**

| ACTIVITY | AMOUNT |
|---|---|
| Bailiff service of notice to Josias Mallen, individually and as registered agent of Wiztel. | $1,000.00 |
| Certified translation of the amended complaint filed in the U.S. District Court of the Southern District of Florida. | $500.00 |
| **TOTAL SERVICES** | **$1,500.00** |

| | |
|---|---|
| **SUBTOTAL** | **$1,500.00** |
| **SALES TAX** | **$270.00** |
| **AMOUNT DUE THIS INVOICE USD** | **$1,770.00** |

This invoice is due upon receipt

# Exhibit S



| The Beaufort Gazette | Durham | The Herald-Sun | The Modesto Bee |
|---|---|---|
| The Belleville News-Democrat | Fort Worth Star-Telegram | The Sun News - Myrtle Beach |
| Bellingham Herald | The Fresno Bee | Raleigh News & Observer |
| Centre Daily Times | The Island Packet | Rock Hill | The Herald |
| Sun Herald | The Kansas City Star | The Sacramento Bee |
| Idaho Statesman | Lexington Herald-Leader | San Luis Obispo Tribune |
| Bradenton Herald | The Telegraph - Macon | Tacoma | The News Tribune |
| The Charlotte Observer | Merced Sun-Star | Tri-City Herald |
| The State | Miami Herald | The Wichita Eagle |
| Ledger-Enquirer | El Nuevo Herald | The Olympian |

# AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Amount | Cols | Depth |
|---|---|---|---|---|---|---|
| 147168 | 599779 | Print Legal Ad-IPL01980250 - IPL0198025 | | $1,756.00 | 2 | 19 L |

**Attention:** Cristina Vicens

Bluestone P.C.
600 NE 36th St Apt 1623
Suite 900
Miami, FL 33137
cvb@bluestonelaw.com

---

**U.S. DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**Credendo-Short-Term Non-Eu Risks V. Louis Arriola; Wiztel Usa, Inc.; Josias Mallen; Hansel Hernandez; Telco Solutions, Llc; Osmar Sepulveda; Telco Enterprise, Inc.; Tristan Napoleon Desechenes Martinez; Voister Telecom, Inc.; And Jose Arismendi Santana.**
**Case No. 1:23-cv-24258**

A lawsuit has been filed against you in the above captioned matter. You are required to answer the complaint or otherwise respond within 21 days of this publication of this summons. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
Cristina Vicens Beard (cvb@bluestonelaw.com)
Bluestone P.C., 1717 K Street, Suite 900, Washington, DC 20006

IPL0198025
Oct 7,14,21,28,Nov 4 2024

**PUBLISHED DAILY
MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA
COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared, Mary Castro, who on oath says that he/she is Custodian of Records of the The Miami Herald, a newspaper published in Miami Dade County, Florida, that the attached was published on the publicly accessible website of The Miami Herald or by print in the issues and dates listed below.

5 insertion(s) published on:

10/07/24, 10/14/24, 10/21/24, 10/28/24, 11/04/24

Affiant further says that the said Miami Herald website or newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes.

*Mary Castro*

Sworn to and subscribed before me this 4th day of November in the year of 2024

*Margaret K. Wilson*

Notary Public in and for the state of Texas, residing in Dallas County



MARGARET KATHLEEN WILSON
My Notary ID # 134916732
Expires May 24, 2028

**Extra charge for lost or duplicate affidavits.
Legal document please do not destroy!**

# Exhibit T

 **Proof**

## Invoice #610830

November 07, 2024

PAID

Client Billing Number: Credendo/Golem
Servee: Louis Arriola
Servee Address: 247 S Roxbury Dr, Beverly Hills, CA 90212
Job Created By: Cristina Vicens

Defendant: TELCO SOLUTIONS, LLC, OSMAR SEPULVEDA, LOUIS ARRIOLA, WIZTEL USA, INC., JOSIAS MALLEN, HANSEL HERNANDEZ, VOISTER TELECOM, INC., JOSE ARISMENDI SANTANA, TELCO ENTERPRISE, INC., TRISTAN NAPOLEON DESECHENES MARTINEZ
Plaintiff: CREDENDO-SHORT-TERM NON-EU RISKS

| | |
|---|---|
| **Bluestone, P.C.** | Proof |
| 4800 Hampden Lane, Suite 200 | PO Box 661223 |
| Bethesda, Maryland 20814 | Dallas, Texas 75266-1223 |
| | Attn: ar@proofserve.com |
| | 720.724.8518 |

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| Standard Serve<br>9842 Vidor Dr, Los Angeles, CA 90035 | 658915 | $85.00 | 1 | $85.00 |
| Skip Trace<br>Service charge to perform a Skip Trace to locate a viable address for service | 658915 | $75.00 | 1 | $75.00 |
| Standard Serve<br>8721 Santa Monica Blvd, West Hollywood, CA 90069 | 658915 | $85.00 | 1 | $85.00 |
| Standard Serve<br>247 S Roxbury Dr, Beverly Hills, CA 90212 | 658915 | $85.00 | 1 | $85.00 |
| Standard Serve<br>6735 Colgate Avenue, Los Angeles, CA 90048 | 658915 | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | **$415.00** |
| Paid | **$415.00** |
| Balance | **$0.00** |

# Exhibit U

**Lexico Translations LLC.**

6770 Royal Palm Dr
Palmetto Bay, FL  33157 US
210.725.6642
gabyvasallo@gmail.com



# INVOICE

| BILL TO | | INVOICE | GAVA330 |
|---|---|---|---|
| Cristina Vicens | | DATE | 11/26/2024 |
| Bluestone P.C. | | TERMS | Net 30 |
| 52 Duane Street, 7th Floor | | DUE DATE | 12/26/2024 |
| New York, NY  10007 | | | |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Proofreading | Proofreading Mallen - Service of Amended Compl. (Min. Rate) | 1 | 75.00 | 75.00 |

| | BALANCE DUE | **$75.00** |
|---|---|---|